# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DERRICK WOODBERRY

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2022 CW 0732

**SEPTEMBER 12, 2022**

---

In Re:     Derrick  Woodberry,  applying  for  supervisory  writs,
           19th  Judicial  District  Court,  Parish  of  East  Baton
           Rouge, No. 681512.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** On or before October 24, 2022,
the  district  court  is  ordered  to  either  act  on  relator's
petition for judicial review, or, in the event the district
court fails to act, file a *per curiam* with this court explaining
why it has not done so.

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT